FILED
2024 Jan-17 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**JOHNSON CONTRACTORS INC.,**
    Plaintiff,

v.

**STARBELT LLC, *et al.*,**
    Defendants.

Case No. 5:23-cv-28-CLM

# ORDER

On December 6, 2022, Plaintiff Johnson Contractors, Inc. sued Defendants Holder Construction Group, LLC, Schuff Steel Co., Inc. ("Schuff"), Meta Platforms, Inc., and Starbelt LLC ("Starbelt") in the Circuit Court of Madison County, Alabama, case no. 47-CV-2022-901319.00. (Doc. 1-2). Starbelt removed the action to this court on December 9, 2023, (doc. 1), and the case was reassigned from Judge Burke to me on December 22, 2023, (doc. 59).

While the case was still in state court, Schuff filed a motion for transfer of lien from real property to other security. (Doc. 57). The state court denied that motion *after* Starbelt removed the case to federal court because the state court no longer had jurisdiction. (Doc. 57). So Schuff renewed its motion in this court, asking the court to transfer the lien. (Docs. 57, 60).

This federal court cannot transfer the lien; only state courts can. *See* Ala. Code § 35-11-233 (1975). Therefore, the court must **DENY** Schuff's Motion for Transfer of Lien from Real Property to Other Security, (doc. 57), and its renewed motion for the same, (doc. 60).

That said, Schuff is not without recourse. The state court denied Schuff's first motion because the case Schuff filed the motion in was moved to this court, thus stripping the state court of jurisdiction. If Schuff

files a new, distinct state action that seeks the same relief (*i.e.* a lien transfer), then the state court will have jurisdiction over that case, and with it, Schuff's motion. The court discussed this scenario with the parties during its January 16, 2024 teleconference, and all parties agreed. Further, no party stated that it would object to Schuff's new state court action, filed for the limited purpose of seeking a lien transfer.

For these reasons, the court **DENIES** Schuff's motions in this court (docs. 57, 60) and instructs Schuff to instead file a separate civil action at the state court, asking the court to exercise its jurisdiction to issue a certificate transferring the lien recorded October 12, 2022 in Judgment Book 2022, Page 11655 in the records in the Office of the Judge of Probate of Madison County, Alabama, from certain real property allegedly owned by Starbelt, to bond.

**DONE** and **ORDERED** on January 17, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE