UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**JOHNSON CONTRACTORS INC.,**
    Plaintiff,

v.

**STARBELT LLC,** *et al.***,**
    Defendants.

Case No. 5:23-cv-28-CLM

## ORDER

    The court **GRANTS** the parties' Joint Motion to Dismiss Crossclaims with Prejudice. (Doc. 70). Holder Construction Group, LLC ("Holder") and Schuff Steel Company ("Schuff") filed a Joint Motion to Dismiss with Prejudice with regard to Holder's crossclaim against Schuff filed January 30, 2023, (doc. 5), and Schuff's crossclaims against Starbelt LLC ("Starbelt") and Meta Platforms, Inc. ("Meta") filed on February 2, 2023, (doc. 11). Upon good cause shown, the court **DISMISSES with PREJUDICE** Holder's crossclaim against Schuff, (doc. 5), and Schuff's crossclaims against Meta and Starbelt, (doc. 11).

    **DONE** and **ORDERED** on February 26, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE